

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Raul Sandoval, | § | No. 08-22-00202-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| Progressive Resources, Inc., Sandoval Capital, Inc., El Paso Sandy Transportation, LLC, Guadalupe Eduardo Sandoval, Luis Carlos Sandoval, Jr., Juan Sandoval, Jr., Individually and as Independent Administrator of the Estate of Maria Teresa Sandoval, and as Dependent Administrator of the Estate of Juan Sandoval, Sr., and Lillian Arthur, | § § § § | of El Paso County, Texas (TC# 2017DCV0741) |
| Appellees. | § | |

**O R D E R**

The Appellee Juan Sandoval, Jr., Individually and as Independent Administrator of the Estate of Maria Teresa Sandoval, and as Dependent Administrator of the Estate of Juan Sandoval, Sr. has filed a motion to abate this appeal for lack of disputed issues. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated until January 22, 2023. The appellate timetable will be suspended during the abatement, and the Appellant's brief will be due 15 days from the date of the reinstatement order.

IT IS SO ORDERED this 8th day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.